DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SCOTT HINKELMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0337

_____

March 6, 2026

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tampa, for Appellee.


PER CURIAM.

  Affirmed.

KELLY, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.